**Order entered July 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00668-CV

### DEDERIAN DEMOND HERRON, Appellant

### V.

### ABIGAIL SALVADOR MUNOZ, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05553**

## ORDER

Before the Court is appellant's June 28, 2018 "Motion for Remanded Motion." The motion is addressed to the trial court as well as this Court. To the extent appellant is seeking relief from this Court, we **DENY** the motion.

/s/     ADA BROWN
          JUSTICE